UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

United States of America,

      Plaintiff,

vs.

      Case No. 23-cr-20676

      Hon. Thomas L. Ludington
      Mag. Judge Patricia T. Morris

D-5  Anthony Thelen,

      Defendant.

_____/

### Defendant's Acknowledgment of Second Superseding Indictment

I, Anthony Thelen, defendant in this case, acknowledge that I have received a copy of the Second Superseding Indictment before entering my plea, and that I have read it and understand its contents. I waive it being read aloud in open court.

I know that if I am convicted or plead guilty, I may be sentenced as follows:

Count 1:    Wire Fraud Conspiracy, in violation of 18 U.S.C. § 1349.
              Up to 20 years' imprisonment and a fine of not more than $250,000.

Count 2:    Conspiracy to Defraud the United States, in violation of 18 U.S.C. § 371.
              Up to 5 years' imprisonment and a fine of note more than $250,000.

Counts 3 – 15:    Wire Fraud, Aiding and Abetting, in violation of 18 U.S.C. §§ 1343, 2.
              Up to 20 years' imprisonment and a fine of not more than $250,000.

   I also understand that the court may impose consecutive sentences if I am convicted of more than one count.

Dated: September 26, 2024

_____
Anthony Thelen
Defendant

## Acknowledgment of Defense Counsel

   I acknowledge that I am counsel for defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

_____
Charles E. Chamberlain. Jr
Counsel for Defendant

Dated: September 26, 2024