UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

United States of America,

        Plaintiff,

vs.

Jeffrey Bartlett, et al.,

        Defendant.

Case No. 1:23-cr-20676
Honorable Thomas L. Ludington

## Notice of Change of Assistant U.S. Attorney

**To:** Attorney Admission Clerk and All Other Parties

Please take notice of the following change(s) of Assistant U.S. Attorney(s) of record for the above-captioned case:

*Add the following AUSA(s):*
Name: K. Craig Welkener
Bar ID: DC 1033585
Telephone: (313) 226-0248
Fax: (313) 226-3800
Email: Kenton.Welkener@usdoj.gov

*Terminated the following AUSA(s):*
Name: Gjon Juncaj
Bar ID: P63256
Telephone: (313) 226-0209
Fax: (313) 226-3800
Email: Gjon.Juncaj@usdoj.gov

S/K. Craig Welkener
K. Craig Welkener (DC 1033585)
Assistant U.S. Attorney
211 W. Fort Street, Ste. 2001
Detroit, Michigan 48226
(313) 226-0248
Kenton.Welkener@usdoj.gov

Dated: June 18, 2025