UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                    Case No.: 1:23-CR-20676 05
                                    Hon. Thomas L. Ludington

ANTHONY THELEN,

    Defendant.

UNOPPOSED MOTION TO DEPOSIT FUNDS
INTO THE REGISTRY OF THE COURT

Comes now the United States of America, by Jessica A. Nathan, Assistant United States Attorney for the Eastern District of Michigan, and respectfully moves this Court for an Order authorizing the Clerk of the United States District Court for the Eastern District of Michigan to take receipt of funds in this matter and to hold such funds in the Court Registry, until such time as a restitution Order is entered and the funds can be disbursed pursuant to such Order.

In support of such motion, the Government avers:

1. Defendant, Anthony Thelen, entered a guilty plea on July 30, 2025, to Conspiracy to Defraud the United States in violation of 18 U.S.C. § 371. ECF No. 278.

2. In accordance with the terms of the plea agreement, Thelen has agreed to make restitution in the amount of **Nine Hundred Fourteen Thousand Three Hundred Sixty Dollars and 00/100 ($914,360.00)**.

3. The United States has been notified Thelen and/or his representative intends to make one or more installment payments by check or other tender to satisfy his obligation under the plea agreement prior to sentencing.

4. Therefore, the United States requests an order permitting Thelen and/or his representative to deposit funds with the Clerk of the Court to be held, and thereafter disbursed pursuant to a restitution Order or other Order of this Court.

WHEREFORE, the United States respectfully requests this Court authorize the Clerk of the Court to accept and hold in the Registry of the Court, until further Court Order, funds on behalf of Thelen in the instant criminal proceeding. A proposed order has been separately submitted through Utilities.

Respectfully submitted,

JEROME F. GORGON JR.
United States Attorney

s/ Jessica A. Nathan
JESSICA A. NATHAN
Assistant United States Attorney
TX State Bar No. 24090291
United States Attorney's Office
211 W. Fort St., Ste. 2001
Detroit, MI 48226
Phone: 313-226-9643
E-Mail: jessica.nathan@usdoj.gov
*Counsel for United States*

## Certification of Service

I hereby certify that on October 15, 2025 the foregoing document was electronically filed using the ECF system which will send notification of such filing to all ECF participants.

s/ Jessica A. Nathan
Jessica A. Nathan (TX 24090291)
Assistant United States Attorney
211 W. Fort Street, Ste. 2001
Detroit, Michigan 48226
(313) 226-9643
Jessica.Nathan@usdoj.gov
