# Exhibit A

### Letters of Support

| Name | Relationship defendant |
|------|------------------------|
| Thelen, Anthony | defendant |
| Thelen, Celena | wife |
| Thelen, Jim | brother |
| Bengel, Kerri | sister |
| Kempf, Rev. Darrell | parish priest |
| Fink, Wade | counsel for SSI |
| Brunner, Steven D. | financial advisor |
| Coulter, Dustin | SSI colleague |
| Platz, Timothy | friend, colleague |
| Pohl, Luke | high school coach, friend |
| Pollo, Trevor and Christen | family friends |
| Proulx, Connie | SSI colleague |
| Stodolak, Courtney | SSI colleague |

Honorable Thomas L. Ludington
Judge, United States District Court
United States Courthouse & Post Office
1000 Washington Avenue, Second Floor
Bay City, Michigan 48708

Your Honor,

I would like to provide background for myself and my goals in life. My dream was to work hard for the purpose of having a large family, where my wife, if she desired, could stay home with our children, and allow us enough money to donate to causes that were close to our hearts. In addition, to be able to live in Pewamo, Michigan with my family and friends, attend Pewamo St. Joseph Church, and serve the community which I cherish.

At an early age, my mom stressed the importance of praying for my future spouse as it will be one of the most important decisions of my life. God answered my prayers with Celena and blessed us with seven children. Up until this year, she was able to stay home to raise our children along with volunteering her time to teach sign language. God has also granted us success to be able to donate to causes dear to our hearts. Additionally, I have been able to participate in my church and community in many ways and served as a Township Trustee for 8 years. I was blessed in many ways and was thankful for my job in the SSI St. Johns office.

My goal at SSI was to do my best to serve clients and to allow employees to successfully grow their families. I told employees that I would do everything in my power to keep them busy, so that they did not have to worry about finding a new job or new place to live. I was proud of the projects SSI completed and often pointed them out to my family as we traveled throughout the State. I tried hard to negotiate each contract with integrity and deliver more than was expected through cost saving approaches and quality work that prevented future problems. I did not go to work every day believing that I was not providing the value to which we were being paid.

With that said, there were approaches to SSI which brought me angst. I did not desire to get bigger or to continue working countless hours while away from my family. I did not like aggressive decisions to gain advantages and often voiced my disagreement with such approaches. It seemed as though I was constantly losing battles and was told numerous times that I simply did not know what I was talking about. Many times, my contentions were rebutted by professional advice, told that other businesses did the same things or simply ignored. In discussions, with my father and others in contemplation of leaving, they reminded me that no matter where you go there will always be problems so you do the best you can in each situation with what you know and leave the rest to God. I felt compelled to not leave for the sake of the employees and still thought we were bringing tremendous value to our clients.

In early 2019, having everything that I had dreamed, I was dwelling on my Soul. My dad stressed the importance of this and worried often that he had been richly blessed and had not endured suffering in this life. In addition, a friend had told me a detailed story about a Priest and the sin of pride. I was on M-21, east of Pewamo, and I asked God if I was not on the path to Heaven to strip me of all pride and the envy for the blessings I had. Months later, the FBI raid happened. In the time since, I have been rocked by periods of desolation, have spent six and half years thinking of everything I should have done different, my integrity has been under constant question, and there has been constant worry if my future would be spent apart from my family and the community that I love. Although my prayer was hopefully answered and effective, I would caution others to the suffering that corresponds to it cannot be put into words.

The day of the raid, I told the agent if there was anything wrong, I would do whatever possible to correct the problem and I have done so to the best of my ability. I have provided cooperation, worked to re-structure the company, and make the government whole.

My actions were not driven by money and power; in fact, I worry more about the obstacles that these items have on my ability to get to Heaven. I beg you to allow me to help my wife, to be with my kids each day, especially tuck my youngest daughter into bed, to watch them play the sports they love to the best of their ability, and most importantly to guide and see their continued growth in faith and character.

 Your Honor, I am not asking you to overlook the things that I have done wrong nor to give me credit for the things that I have done right that each of us should do for the salvation of our Souls. I am pleading for your mercy in that I did my best and I failed.

With Sincere request for Mercy

Anthony Thelen

Celena L. Thelen
56 S. Arrowhead Dr.
Pewamo, MI 48873
celuna50@hotmail.com
517-749-3844

October 30, 2025

Hon. Thomas L. Ludington
Judge, United States District Court
United States Courthouse & Post Office
1000 Washington Avenue, Second Floor
Bay City, MI 48708

Honorable Judge Ludington,

I am writing to you as the wife of Anthony D Thelen to offer an accurate and intimate representation of his character, which I believe is defined by his integrity, work ethic, and devotion to his family and community. I respectfully offer this statement as you prepare for his sentencing.

The cornerstone of my husband's identity has always been his commitment to living a life guided by God's truths, understanding His teachings and means for justice, and doing His will. These are not abstract concepts to him; they are the core values he has learned from his family, friends and community and the reason why I married him. He is a devoted husband and father whose every decision, including his tireless hard work, has been driven by a desire to provide a stable and loving home. He prioritizes our children's activities, is an active presence in their lives, and consistently puts their needs above his own. This commitment to family is intertwined with his deep faith, which has always been his guiding light and top priority. These principles are foundational to who we are as a couple and what has shaped our twenty years of marriage together. They are the precepts of what we try to instill into our seven children and we pray daily that our lives inspire them to carry on God's good work in the world.

Beyond our home, I have witnessed Tony's extraordinary generosity and dedication to those in need. This is where his true spirit shines. Over the 20 plus years that I have known my husband, he has been a constant example of someone who lives the words of Christ: "To whom much is given, much is expected." He is a man deeply moved by the hardships of others and desires to give generously to those in need. He has consistently contributed to organizations to our local community and to organizations that work to help people, often focusing on the most vulnerable in our society. He not only donates his "treasure"; he dedicates time and talents to individuals or organizations that seek the gifts that God has so graciously given him, most often, not desiring recognition for his efforts.

Beyond our community, I witnessed Tony's character in his professional life as a talented and successful surveyor and business owner. This type of work, especially with partners whom we've come to realize, don't share like-minded goals, can be very demanding, stressful and time consuming. It can also be rewarding. It could lead one to believe that their accolades or accomplishments are deserved and not earned or given to them from above. In a world that is obsessed with selfishness, gaining the upper hand or choosing the difficult truth over a convenient lie, Tony has consistently demonstrated integrity, modesty and generosity. He is known for prioritizing the needs and opportunities of his employees so that together they can produce quality, timely work for their customers. He views his work as more than a business strategy, but a personal responsibility to good in the world and to see to the well-being of those entrusted to him.

The last seven years have been a profound test. It has been a constant existence filled with uncertainty, worry, stress, and anxiety, forcing us to live a reality we never imagined. It has also been a time of awakening for us. As Tony's wife, I know better than most, his imperfections. Like anyone, his human nature can sometimes cloud his good judgment. What often is not in his nature is to intentionally wrong someone. Throughout his life he has shown a great respect for the law, trusting that the systems that are in place are meant to uphold order and accountability. I have always admired Tony for his diligence and research in making sound business decisions and heeding the advice of many credited accountants, financial advisors, business mentors and auditors many of which were assigned by the government. Initially, when the FBI showed up at our doorstep, with our young children witnessing them raid our house, I was left in complete shock, disbelief and horror to know that the business Tony worked so hard to build was involved in something that was thought to be fraudulent. Tony carries much regret at the reality that he was not more diligent to ensure what was said to his face was being followed through with and disheartened that all of this was happening under his watch. Tony has admitted his negligence and understands the immense weight of the situation and has worked with the government as much as he possibly could  to right any wrongs.

My husband's faith is a top priority in his life and the guidance system that has ultimately brought him peace each day as he navigates one of the biggest trials of his life. In preparing for this moment, God has used this time to help anchor him in truth and the profound teachings of faith and responsibility, focusing entirely on the requirement that ultimately is the only thing that matters in this life: to be found faithful to God. Inspired by the ancient, yet relevant teachings of St. Paul, he expresses to the people of Corinth that he is not focused on justifying himself to other people or even to his own conscience (which can be flawed). Instead, he asserts that his only judge is the Lord:

*"Think of us in this way, as servants of Christ and stewards of God's mysteries. Moreover, it is required of stewards that they be found trustworthy. But with me it is a very small thing that I should be judged by you or any human court. I do not even judge myself. I am not aware of anything against myself, but I am not thereby acquitted. It is the Lord who judges me. Therefore do not pronounce judgement before the time, before the Lord comes, who will bring to the light the things now hidden in darkness and will disclose the purposes of the heart. Then each one will receive commendation from God."*
*-1 Corinthians 4:1-5*

This verse is a powerful assertion that the faithful are measured solely by God, which perfectly captures the source of my husband's peace knowing God's judgment is the only one he needs to satisfy. As difficult as it is to have our earthly fate in the hands of man, no matter how man judges, the ultimate concern is standing right with God so that one day our Heavenly judgement finds us spending eternity with the Lord.

Honorable Judge Ludington, I ask you to consider the complete measure of my husband who has been rooted in faith and integrity throughout his life and during this investigation. The depth of his commitment to his family and his demonstrated compassion and generosity toward the community are evident. His presence in our family and community is needed and we would suffer greatly without him. I respectfully ask that you weigh these lifelong qualities, coupled with his willingness to admit his wrong, as you determine his future.

Thank you for your time and serious consideration of this statement.

Sincerely,

Celena L. Thelen

Hon. Thomas L. Ludington Judge
United States District Court
United States Courthouse & Post Office
1000 Washington Avenue, 2nd Floor
Bay City, Michigan 48708

Nov. 11, 2025

Re: United States v. Anthony Thelen, No. 1:23-cr-20676-TLL-PTM

Dear Honorable Judge Thomas L. Ludington,

I am writing you on behalf of my brother and friend, Anthony D. Thelen (Tony).

"There is no possession more valuable than a good and faithful friend." Socrates.

I have been extremely fortunate to have been blessed not only with a good brother, but also a true friend in Tony. I honestly believe that if I was half the man, husband, father, worker, leader, mentor, and community member that Tony is, I'd be a better man than I am today.

Your Honor, I wish you could really know Tony -- his history, kindness, honesty, empathy, and his present life as a very fine human being. Throughout his life Tony has been sincerely and actively involved... Involved in academics, sports, in his church and community, and devoted and involved in his marriage, family, friendships, in his children's lives, and in the lives of many others. He gives of his self. He gives of his time and resources to others. He coaches. He leads. He mentors. He serves. And he loves everyone around him (not just the "privileged", or those in his "circle", but also those less privileged and those outside our normal circles).

I could share many stories and specific examples of Tony's outstanding character, but in the interest of brevity I merely want to convey the bigger picture. If you were able to speak to everyone who has known Tony for a worthy amount of time, you would have great difficulty in finding anyone with a harsh word to say about him. I believe our world, today especially, needs more men and community members like Tony.

Your Honor, I humbly and solemnly request you to exercise leniency in your sentencing of my friend and brother, Tony, because his wife and children need him, and we all need him... whole, sound and present in our lives.

Thank you for your consideration.

Sincerely,

Jim Thelen
Sales Engineer
Acme Propellers
3501 Fruitridge Ave NW
Suite A
Walker, MI 49544
O: (888) 661-2263 ext. 106
E: jthelen@acmemarine.com

Kerri Bengel
69 Calob Ct. NE
Lowell MI, 49331


October 23, 2025

Dear Honorable Thomas L. Ludington,

I am writing this letter on behalf of Anthony D. Thelen (Tony).  I am Tony's younger sister.  I have known Tony for 46 years.  We are the youngest two of seven children.  I was formerly an engineer and high school math teacher and am now a stay at home mom and aid at my children's school. Tony and I were raised in a home with a high moral standard.  We were always taught that to those that much is given, much is expected. I feel that Tony has lived his life in this manner.  I understand the seriousness of the charges against my brother, and I do not want to be naive, but I believe from the bottom of my heart that Tony is a good man that got tangled up in a bad situation.  I feel that as his sibling, I can speak to what motivates him and how he has demonstrated values of hard work, service, and charity.

The first and most important motivator for Tony is to lead his wife, his seven children, and himself to heaven.  Tony has a strong faith life and is an active member in his church.  He brings his family to church every Sunday and leads them in prayer at home.  He models service and commitment through his involvement in his church.  He has served in many roles.  Here are a few that I know of; server at church, festival committee member, dinner raffle committee member, cemetery cleaning helper, various men's groups participant and organizer.  Although we all make mistakes, I believe that Tony is striving to get to heaven.

The second goal for Tony is to be a good husband and father.  Tony certainly wants to provide a safe, secure and stable home for his family.  In addition, he spends a significant amount of time with his four boys and three girls hunting, fishing, working and playing to teach them values and hard work.  Tony has coached and assisted with multiple sports teams for his children.  He involves his children in community service activities.  Tony brings his family to visit his mom and siblings, every Sunday, to show them the importance of family.  I believe that Tony has worked hard and sacrificed to provide for and lead his family.

The last desire of Tony's is to give back to his community.  Through his company, he  has provided countless jobs for members of the community, especially college-aged students.  Tony has also been very generous with his time and talent.  He hosts an annual Memorial Day gathering for anyone that wants to celebrate faith, family and freedom.  I certainly do not know the extent of Tony's charitable contributions, but I know of a couple examples that were meant to be private.  On one occasion, the principal of my former school informed me that Tony had made a generous contribution to the Helping Hands fund.  This fund provides aid to those in need in the community.  On another occasion, my mom told me that Tony was trying to figure out how to make an anonymous donation to a family that was greatly struggling.  Every year,  Tony and his family sponsor a family in need by providing their Christmas gifts and groceries.  Tony also donates to Haiti and many other groups.

Again, I do not know the extent of Tony's knowledge and compliance with the charges against him, but I believe that he is extremely important for his children and an asset to the community.  I know that he has already suffered greatly over the last six years from the weight of stress and anxiety.  I know that he wants to be a good man and is always striving to be better.  I implore you to look with compassion and mercy on Tony, Celena, Brayton, Ty, Lainey, Sidney, Drake, Bryce, and Saige.


Thank you for your time and consideration.

Sincerely,
Kerri Bengel
kerrithelen@gmail.com

Fr. Darrel Kempf
P.O. Box 37
Pewamo, MI 48873
fatherdarrel@stjosephpewamo.org
10/22/2025

Hon. Thomas L. Ludington
Judge, United States District Court
United States Courthouse & Post Office
1000 Washington Avenue, Second Floor
Bay City, Michigan 48708

Your Honor Ludington,

I am writing to express my wholehearted support for Tony Thelen, a valued member of our parish
community. It is with great admiration that I share my experiences and observations of Tony's
character and contributions, which exemplify integrity and commitment.

Early in this process and continually throughout it Tony sought advice from me; he came to me with
concerns about how to properly follow his faith in taking responsibility, staying faithful to the truth
and providing the most accurate accounting of his actions without deception.  He fully recognized he
was culpable for his actions and expressed a deep desire to right the wrong.  It was very painful for
him to see the wrong that had been done and the suffering brought on his family, friends and all
those harmed in this process.  He never denied his actions and fully revealed his failures and
weaknesses in actions and inaction.  There is no doubt in my mind about his sincerity; he continually
expressed a state of agony over the wrong that was done.

Tony has been an active participant in our parish for many years, taking on numerous roles that
reflect his dedication to our community. As an Extraordinary Minister of Holy Communion
(EMHC), he serves with reverence and respect, ensuring that the sacrament is administered
thoughtfully. His involvement in Pre-Cana has helped prepare many couples for the sacred journey
of marriage, showcasing his ability to guide others with wisdom and compassion.

In addition to his work with the EMHC and Pre-Cana, Tony is a proud member of the Knights of
Columbus, where he embodies the values of charity, unity, fraternity and patriotism. His leadership
as a coach in our Catholic School and other organizations not only nurtures the athletic skills of our
youth but also instills in them values of teamwork and perseverance. Furthermore, as chair for
various parish events, Tony demonstrates exceptional organizational skills and a commitment to
fostering community spirit.

What stands out most about Tony is his unwavering integrity and honesty. He consistently seeks to
do the right thing, motivating those around him to pursue positive directions in their lives. His
fortitude and character shine through in challenging situations, where he remains steadfast and
encouraging, always ready to lend a helping hand or offer wise counsel.

Tony's contributions extend beyond his official roles; he is a pillar of support for many within our
community. His ability to connect with others on a personal level creates an environment of trust and
encouragement. I have witnessed firsthand the positive impact he has on individuals and families
alike, inspiring them to grow in faith and service.

In conclusion, I wholeheartedly testify to the good character of Tony Thelen as someone who exemplifies the values we hold dear in our parish. His dedication, integrity, and positive influence make him an invaluable asset to our community. I am grateful for his presence and look forward to seeing the continued impact he will have in the future.

Thank you for considering my thoughts regarding Tony.

Sincerely,

Father Darrel Kempf
Pastor, St. Joseph Parish, Pewamo
(616) 298-5204



1900 West Big Beaver Road Suite 203
Troy, MI  48084
Telephone: (248) 712-1054
http://www.wadefinklaw.com

Wade G. Fink
wade@wadefinklaw.com

November 5, 2025

Hon. Thomas L. Ludington
United States Post Office Building
1000 Washington Ave., Room 214
Bay City, Michigan 48707

**Re: Anthony Thelen**

Judge Ludington:

I am a criminal defense attorney with an office in Troy, Michigan. For the benefit of the record and full disclosure, I represent several criminal defendants who have cases pending before you. Also, I represent a related party in this matter, Surveying Solutions, Inc. I write this letter, however, in a personal capacity and not as a representative of Surveying Solutions, Inc. To be sure, virtually all of my interactions with Mr. Thelen have come in my role as a lawyer for Surveying Solutions, Inc. But I write only to share my own personal observations. My client, Surveying Solutions, Inc., through its Board of Directors, has been notified and does not object to me writing this letter. I have also asked the Department of Justice if they have any objection. They do not.

Importantly, I am writing this letter because I was asked to do so and not because I am choosing any one defendant over another. If asked by any of the co-defendants, I would have had varied and positive commentary to share about each. I do not want the Court to take my writing for Mr. Thelen as an indication that I think any more of Mr. Thelen or any less of any co-defendant. I hold all co-defendants in high regard for many reasons unique to each individual. As it relates to Mr. Thelen, he did not, nor did his counsel, ask for me to share anything in particular.  I will write what I know and only to the extent I believe is appropriate.

This case was the most challenging puzzle I have ever tried to solve in my professional career (so far).  The varied interests of so many parties – the Department of Justice, the Michigan Department of Transportation, the Federal Highway Administration, the co-defendants, civil and criminal attorneys, and more – made resolving this matter difficult. My primary role in this case, along with my esteemed co-counsel, became saving Surveying Solutions, Inc from going out of business and preserving 120+ employees' jobs. Those efforts are ongoing.

It was apparent to me that Mr. Thelen was motivated and driven not by the threats to his own liberty and livelihood, but rather, *other people's* livelihoods - here, that his family and employees. Mr. Thelen's decision-making, questions, and involvement in this process were always sincere and directed precisely at making sure that *other* people were going to be okay.

Page 2

I admire that trait greatly. In getting to know Mr. Thelen a bit personally, I think that stems from his faith and his desire to do the right thing. The right thing for Mr. Thelen was to do everything in his power, no matter how it impacted him, to help put the employees of the company in the best position. The same was true of his concern for his family. Everything that we needed as lawyers from Mr. Thelen and his counsel were available to us, and candid, because that was his Mr. Thelen's interest – helping us help people he cared about. That selflessness made *me* want to be a better lawyer and person.

I am being cautious and precise with my words for reasons that are probably self-evident. But I hope the limited nature of this letter communicates what I can say with complete confidence: that Mr. Thelen is a good actor in this world driven by his faith and desire to serve others. I may be biased as a defense lawyer, and this Court has heard me allocute before, but I simply do not see the goals of punishment, deterrence, and rehabilitation being served by incarceration for Mr. Thelen. All of what we hope, at least in theory, will be accomplished by prison, Mr. Thelen has already put himself through and more.

I expect the government will share more about its impressions of Mr. Thelen in trying to resolve a plethora of issues in this case. Based on my interactions with Mr. Thelen over several years, I would trust him with many things important to me.

/s/ Wade G. Fink

# Brunner & Van Gorder

## ━━━━━━━ Financial ━━━

2277 Science Pkwy • Suite 4 • Okemos, MI 48864
bvplan.com • 517.999.0153

Honorable Thomas L. Ludington
Judge, United States District Court
United States Courthouse & Post Office
1000 Washington Avenue, Second Floor
Bay City, Michigan 48708

Dear Judge Ludington,

I am writing to respectfully offer my perspective on the character of Tony Thelen, whom I have known for over 10 years. I have been honored to serve Tony and Celena Thelen as their financial advisor for that period of time.

As a holistic financial advisor, I became intimately familiar with Tony's business and personal successes, and most importantly how he felt about his success. I have chosen to expound upon this aspect of Tony as I feel I am one of the few people in his life to whom he truly confided his feelings regarding money and success. Before I continue, let me add that I am fully aware of the seriousness of the charges and do not minimize them in any way, I am simply offering my honest assessment, and a side of Tony that few have seen.

From the day I met Tony, it was clear to me that he had a significant amount of angst over the fact that he was doing so well financially. In 30 years as an advisor, I have seen this before in other clients, typically business owners, where they work their tail off and all of a sudden wake up one day doing really well. The humble ones develop something that could be best described as "imposter syndrome", as if somehow they do not deserve the success. This was very evident in Tony, and we had many discussions around the good that he could do in his life with any wealth he might accumulate along the way. For Tony, it seemed much less a question of "how do I make more?" than "what good can I do with it, and how can I help others?". For this reason, I knew early on that what motivated Tony was his family (he kept having children and his family kept getting bigger), his faith, his community and his commitment to taking care of his employees.

I could certainly go on and on about the things Tony has done to support his community and everyone around him, but frankly, I have had to piece together bits and pieces along the way as Tony is far too humble to talk about what he does to help others. That being said, I know that is what motivates him the most. It is also what excites me most about Tony's future, because he has already shared ideas with me about how to help his community address their housing shortage among other things. He has a great mind and a big heart and I am excited to see what he does next. Again, I am in no way minimizing the seriousness of the charges, I only hope that what comes of this will allow Tony to move forward unencumbered to do as much good as I know he will.

Thank you for your time and consideration. I am willing to be contacted if the Court has any questions.

Sincerely,

Steven D. Brunner

Steven Brunner offers securities through Sigma Financial Corporation, member FINRA/SIPC. Investment advisory services offered through Sigma Planning Corporation, a registered investment advisor. Brunner & Van Gorder Financial is independent of Sigma Financial Corporation and SPC.

October 29, 2025

**The Honorable Thomas L. Ludington**
United States District Court
Eastern District of Michigan, Northern Division
1000 Washington Ave
Bay City, MI 48708

**Re: Character Letter for Mr. Anthony Thelen**

Dear Judge Ludington,

My name is Dustin Coulter, and I am writing this letter on behalf of my colleague, mentor, and friend, Anthony (Tony) Thelen. I would like to take you back to 2007, I was a 15-year-old kid just trying to make some extra money. That is when I began push mowing Tony's lawn, a simple job that turned out to be the start of something much greater. When I turned 18, Tony hired me to work part time during my college years. After graduating, I joined the company full time, where I have now worked for more than ten years.

Throughout the years I have known Tony, I have witnessed him treat everyone he encounters with the utmost respect and dignity. This includes community members, clients, contractors, and competitors he has interacted with during his long and successful career as a professional surveyor. What stands out most to me is the number of friendships Tony has maintained long after professional relationships have ended. Many former clients who have since retired still keep in touch with him, which speaks volumes about the genuine connections he builds.

I have had the opportunity to work alongside many of these same clients and have repeatedly heard their high praise for Tony, not only for his professional knowledge but for his integrity, character, and the way he treats others.

Looking back, I never could have imagined the influence Tony would have on my life. Over the years, he has taught me more than he may ever realize. How to work hard, think creatively to solve complex problems, and ensure our clients receive the best possible product and value. From a professional standpoint, Tony has been one of the most impactful mentors I have had. On a personal level, especially now as a new father myself, I find myself looking to his example as both a parent and a role model.

Unfortunately, over the past several years, I have seen Tony go through extremely difficult personal and legal challenges. The toll it has taken on him and his family has been tremendous, and it is deeply unfortunate that these hardships arose. Despite everything, Tony has never lost sight of what is most important to him. He continues to show compassion toward others, maintains his faith, and stays committed to his family, community, and church.

Tony is a man who quietly gives back without ever seeking recognition. Whether it is making a charitable donation or lending a hand to those in need, his generosity shines through his actions. He has devoted countless hours to volunteering in the community, at his church, and at sporting events. His efforts often go unnoticed by the public, but his motivation has never been for attention, he simply wants to help others. Above all, Tony is a devoted husband and father of seven children. I have had the privilege of watching his kids grow up over the last 18 years, from his oldest son walking window to window to watch me push mow the lawn to now beginning his college career, to his youngest daughter just starting her own educational journey. I have seen firsthand the positive influence Tony has had on their lives as a supportive, loving, and present father.

Your Honor, I know Tony to be an honest, hardworking, and compassionate man who has positively impacted countless people around him both professionally and personally. He has a rare ability to always see the good in people and bring out their best. I respectfully ask that you take into consideration the man of character that Tony truly is when determining his sentence.

Thank you for your time and consideration.

Respectfully,

Dustin Coulter

Timothy Platz, PS
17590 Myers Lake
Sand Lake, MI 49343
Taplatz000206@gmail.com
616.636.4935

October 27th, 2025

The Honorable Thomas L. Ludington
Judge, United States District Court
United States Courthouse & Post Office
1000 Washington Avenue, Second Floor
Bay City, Michigan 48708

Honorable Judge Ludington,

I am writing on behalf of my friend and colleague Tony (Anthony) Thelen. I have been friends with Tony since the late 90's when we were both students in the Survey Engineering Program at Ferris State University. Our friendship was made stronger though our common Catholic Faith and sharing stories of raising children as we matured. In our weekly calls or therapy sessions as we have jokingly called them we have always been there to support and help each other.

Our most common bond has always been our progression and maturing as professional surveyors. Starting out as crew chiefs, then project managers, mentoring young staff and then managing large numbers of staff. Our careers seemed to mimic each other's with many of the same larger clients and many similar projects. We have teamed on projects, had different roles on projects and even won and lost work to each other. Through it all we have always leaned on each other building a strong working relationship to go along with our friendship. We have helped to change and improve how things are done at Michigan Department of Transportation (MDOT) through our service on the MDOT/American Council of Engineering Companies (ACEC) Surveying Task Force. This work has included developing or reviewing specifications for mapping, construction, mobile mapping and drone mapping procedures for almost 10 years. Tony represented the voice of the surveyors in the drafting of the Special Provision (SP) for Automated Machine Grading (AMG)/Automated Machine Control (AMC). This Special Provision is sited in almost every large MDOT construction project. By adopting and implementing the checks and balances of the SP for AMG/AMC construction cost have gone down and productivity increased all while insuring the project is completed correctly.

Tony has done a lot of good and made some mistakes. I choose to take the good with the bad and look for and build on the positives. Now is the time that he will have to pay for the later and I would only ask that your honor would look at the many good things he has accomplished and ask for the leniency you see fit to help him get back on track. Thank you for your time and consideration in reviewing this request. I am confident that with your understanding and compassion, Tony will be able to move forward and continue making positive contributions to his family, profession, and community.

Respectfully Submitted

Timothy A. Platz PS

October 21, 2025

Honorable Thomas L. Ludington
Judge, United States District Court
United States Courthouse & Post Office
1000 Washington Avenue, Second Floor
Bay City, Michigan 48708

Re: United States v. Anthony Thelen; No. 1:23-cr-20676-TLL-PTM

Dear Honorable Judge Ludington,

In this letter I hope to convey my absolute respect and regard for Anthony (Tony) Thelen and his upstanding character. I have known Tony for many years and was his high school basketball coach for three of those years. I have coached for 42 years and have interacted with hundreds of young men. I have served in business and chaired numerous boards throughout the state, many of them energy related. I tell you this only to make known that I have come to know thousands of people. Among them, Tony has stood out and risen to be among the cream of the crop, in my estimation. Throughout the years Tony has confided in and asked for my advice. Through some extremely difficult decisions, I believe Tony has avoided the easy path, and instead taken the high road, remaining a man of superior integrity and moral character.

In addition to his character, I respect Tony for his immense love for and unwavering devotion to his wife, Celina, and their seven children. He is a very hands-on father who remains engaged in the daily lives of each of his children. Tony's strong moral compass leads him to be a tremendously generous man, giving his time and resources to many charitable organizations, willing to help anyone in need. I am proud to count him among my very good friends.

Thank you, Judge Ludington, for taking the time to read my letter. I, too, try to be a man of integrity, and as such, can say that all of what I have said about Tony is honest and sincere. I hope you will take my words into consideration and show the upmost leniency toward Tony in rendering your judgment.

Sincerely,

Luke Pohl
15560 W. Hanses Rd.
Westphalia, MI 48894
(989) 292-0427



Trevor & Christen Pollo
4915 Palisade Drive
Lansing, MI 48917

October 23, 2025

Hon. Thomas L. Ludington
Judge, United States District Court
United States Courthouse & Post Office
1000 Washington Avenue, Second Floor
Bay City, Michigan 48708

To the Honorable Judge Ludington,

I am the Executive Director of Protect Life Michigan and a longtime friend of Anthony (Tony) Thelen. I am writing to affirm Tony's strong moral character and encourage you to exercise leniency when imposing a sentence.

I have had the privilege of knowing Tony Thelen for six years. While they began as supporters of our ministry in May of 2019, Tony and his wife, Celena, quickly became close friends and role models to my wife and I.

Tony is a man of deep integrity and compassion. His life reflects a quiet strength, including a daily commitment to love and serve God, his family, and the people around him. He consistently demonstrates selflessness and sacrifice, both in the way he leads his family and in his faithful partnership with ministries like ours.

It's difficult to capture in words the depth of character my wife and I have witnessed in Tony. We have been permanently changed by his influence in our lives. He is a servant leader who has shown us how to love more deeply, give more sacrificially, and serve selflessly. Simply put, he is a devoted husband and father, a hard-working and empathetic man whose heart for others leaves a lasting impression on everyone he meets.

Tony has been known to quote Mother Theresa, saying, "If you want to change the world, go home and love your family". He even has the quote on display in his home. He absolutely loves his wife and children, more than anything else in the world. I



hope you will be lenient in your judgment, allowing Tony to continue to lead his family and be a positive influence on his children.

He is a person I am proud to call a partner in ministry, not because he is generous, but because he is a role model for our team. I remember visiting his family in his home and seeing the same authentic, loving, and genuine man that I knew from our professional relationship. The character of his family and how he relates to them is the strongest testament to his character.

I respectfully request that you take Tony's decades of generosity, community service, and care for others into account as you make your judgment.

Sincerely,

Trevor (& Christen) Polo
Executive Director
Protect Life Michigan
517-256-1304 | trevor@protectlifemi.org

October 11, 2025

Hon. Thomas L. Ludington
Judge, United States District Court
United States Courthouse & Post Office
1000 Washington Avenue, Second Floor
Bay City, Michigan 48708

RE:  United States v. Anthony Thelen
       No. 1:23-cr-20676-TLL-PTM

Dear Judge Ludington,

My name is Connie Proulx.  I have had the pleasure of working for Anthony (Tony) Thelen for the past 17 ½ years at Surveying Solutions, Inc. where I served as Project Assistant and he as one of the owners.  Even though I work at the Standish office and Tony is at St. Johns, we've had a very close working relationship over the years, communicating with each other on an almost daily basis.

I can honestly say I've never worked for someone who is so kind and caring to his employees.  When my parents were both ill a few years ago, Tony always made sure I knew they come first, no matter how much work I was leaving behind if I had to leave work to care for them.  When one of Tony's employees' brother was very ill, Tony called me to let me know he was taking over the employee's workload to relieve his burden so to send everything I had to him.  That's the caring person Tony is.  Family is very important to Tony and is very evident in the beautiful family he and Celena have.

Tony is a person of honesty and integrity.  His actions align with his words and values.  He always does the right thing, even if he must suffer for it.

Tony has great communication with his employees.  He always speaks honestly and truthfully and is respected by all that work for him.  He is someone you can always go to if you have a question or a concern.

Tony is a person of deep faith.  He and his wife are very involved in their church.  He has told me several times that the trials he is enduring right now he is putting in God's hands, and is always thankful for his many blessings.  Tony makes me want to be a better person just by being around him.

In closing, I recognize the seriousness of this matter but am asking for your leniency in Tony's sentence.  He is the epitome of what a good boss should be...kind, caring, compassionate and a person of integrity.  Our world needs more Tonys in it.  The workplace is a better place because of Tony.

Sincerely,

Connie Proulx
(989) 710-0739
cproulx57@gmail.com

Courtney Stodolak
314 South Cass Street
Standish, MI 48658

November 2, 2025

Hon. Thomas L. Ludington Judge
United States District Court
United States Courthouse & Post Office
1000 Washington Avenue, Second Floor
Bay City, Michigan 48708

Re:     United States vs Anthony Thelen
No. 1:23-cr-20676-TLL-PTM

Dear Judge Ludington:

My name is Courtney Stodolak and I am writing on behalf of Anthony (Tony) Thelen. I have known Tony for over twenty years while working at Surveying Solutions, Inc. (SSI) and wanted to share my perspective on his character.

During this time, I have come to know him as a man deeply devoted to his faith and his family. His love for the Lord and his unwavering commitment to those closest to him have made him not only a great boss, but also an inspiring and compassionate leader. This devotion is evident in the way he treats his team with patience, fairness, and genuine care. He leads by example, fostering a workplace culture rooted in integrity, respect, and service to others. His values are not just personal beliefs; they are the foundation of how he conducts business and builds relationships.

I felt strongly compelled to write on Tony's behalf because he has truly earned my respect. During my time at SSI, I witnessed firsthand Tony's dedication, kindness, compassion, and integrity as a responsive and engaged owner. Whenever I encountered a situation that wasn't going well, I felt comfortable reaching out to Tony directly. He always took my concerns seriously and acted promptly to address the issue, showing genuine care for both the business and those concerned.

I understand that Tony is now before the court for sentencing. I do not take that lightly, but hope my words convey the positive impact he has made on those of us who knew him well. I have every confidence in his character and in his ability to continue contributing positively to his community and to those who depend on Tony.

Thank you for your time and consideration.

Respectively,

Courtney Stodolak