UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN, NORTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,    No. 1:23-cr-20676-TLL

vs.             Hon. Thomas L. Ludington

D-5  ANTHONY THELEN,

      Defendant.

**DEFENDANT THELEN'S
MOTION FOR DOWNWARD VARIANCE**

  NOW COMES the defendant, Anthony Thelen, by and through his attorneys, WILLEY & CHAMBERLAIN LLP and ROGERS & ASSOCIATES PC, and hereby moves for a downward variance from the advisory sentencing guidelines range.

  This motion is supported by the sentencing memorandum filed on November 13, 2025.  ECF No. 316.

      Respectfully Submitted,

| WILLEY & CHAMBERLAIN LLP | ROGERS & ASSOCIATES PC |
| Attorneys for Defendant Thelen | Attorneys for Defendant Thelen |
| *s/ Charles E. Chamberlain, Jr.* | *s/ Brian P. Lennon* |
| Charles E. Chamberlain, Jr. (P33536) | Brian P. Lennon (P47361) |
| 300 Ottawa Avenue, N.W., Suite 810 | 32255 Northwestern Highway, Suite 190 |
| Grand Rapids, Michigan 49503-2314 | Farmington Hills, Michigan 48334 |
| (616) 458-2212 | (248) 702-6350 |
| cec@willeychamberlain.com | blennon@healthlex.com |

November 14, 2025