UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN, NORTHERN DIVISION

UNITED STATES OF AMERICA,

                Plaintiff,              No. 1:23-cr-20676-05-TLL

vs.                                    Hon. Thomas L. Ludington

ANTHONY THELEN,

                Defendant.

**STIPULATION AND ORDER**
**MODIFYING PLACEMENT RECOMMENDATION**

NOW COME the parties, by and through their respective counsel of record, and hereby stipulate and agree as follows:

1. On December 2, 2025, the Clerk entered the Judgment in a Criminal Case. ECF No. 336, PageID.4186. The judgment includes the following recommendation of the Court: "It is respectfully recommended that the defendant be considered for placement at FCI Milan, as primary consideration for family visits." ECF No. 336, PageID.4187.

2. The above recommendation of the judgment may be amended to provide: "It is respectfully recommended that the defendant be considered for placement at a camp or other appropriate facility as close to Michigan as possible."

Respectfully Submitted,

December 3, 2025

| | |
|---|---|
| WILLEY & CHAMBERLAIN LLP<br>Attorneys for Defendant Thelen | ROGERS & ASSOCIATES PC<br>Attorneys for Defendant Thelen |
| *s/ Charles E. Chamberlain, Jr.*<br>_____<br>Charles E. Chamberlain, Jr. (P33536) | *s/ Brian P. Lennon*<br>_____<br>Brian P. Lennon (P47361) |
| 300 Ottawa Avenue, N.W., Suite 810<br>Grand Rapids, Michigan 49503-2314<br>(616) 458-2212<br>cec@willeychamberlain.com | 32255 Northwestern Highway, Suite 190<br>Farmington Hills, Michigan 48334<br>(248) 702-6350<br>blennon@healthlex.com |

JEROME F. GORGON, JR.
United States Attorney

*s/ William J. Vailliencourt, Jr.*
_____
William J. Vailliencourt, Jr. (P39115)
Assistant United States Attorney

211 West Fort Street, Suite 2001
Detroit, Michigan 48226-3220
(313) 226-9672
william.vailliencourt@usdoj.gov

# ORDER

IT IS SO ORDERED.

Dated: December 10, 2025            s/Thomas L. Ludington
                                    THOMAS L. LUDINGTON
                                    United States District Judge